UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:12-cv-62080-RSR

SIG, INC. d/b/a VISONIC
SYSTEMS, a Florida corporation,
and SECURE2WARE, INC., a Florida
corporation, on behalf of themselves and all
others similarly situated,

        Plaintiffs,

vs.

AT&T DIGITAL LIFE, INC., a New York
corporation f/k/a XANBOO, INC. and
AT&T TELEHOLDINGS, INC.
a Delaware corporation,

        Defendants.
_____/

## STIPULATION OF DISMISSAL

    NOW COME the Plaintiffs SIG, INC. d/b/a VISONIC SYSTEMS and SECURE2WARE, INC. (collectively "Plaintiffs") and the Defendants, AT&T Digital Life, Inc. and AT&T Teleholdings, Inc. (collectively "Defendants"), and, by and through Plaintiffs' and Defendants' respective undersigned counsel, stipulate to the dismissal of this case under Fed. R. Civ. P. 41(a)(1)(A)(ii), in accordance with and subject to the following terms and conditions:

    1.    Plaintiffs and Defendants will each bear their own attorneys' fees and costs that they incurred in the prosecution and defense, respectively, of this case.

    2.    The Plaintiffs and Defendants stipulate to the dismissal of this action for, among other reasons, the desire to avoid the costs, attorneys' fees, uncertainties and risks of further

litigation, but without prejudice to any of their respective beliefs, positions and arguments, which they reserve, concerning the merits of this case.

3. This Dismissal, brought before completion of class certification discovery, before any motion for class certification and without any judicial Order for or against class certification, addresses and is operative only as to the two named Plaintiffs, SIG, Inc. d/b/a Visonic Systems and Secure2Ware, Inc., and the claims of these two named Plaintiffs.

4. This Dismissal does not affect, and is without prejudice to, any rights or claims of any and all absent class members that the named Plaintiffs sought to represent in this case.

5. The named Plaintiffs understand and agree that if, subsequent to this Dismissal, they seek to bring any or all of the claims alleged in this dismissed case, that they will be required to pay the costs and reasonable attorneys' fees that the Defendants incurred in this dismissed case.

DATED: November 18, 2013

| | |
|---|---|
| STEPHEN G. GRYGIEL, ESQ. | DOUGLAS PAUL SOLOMON LAW OFFICES |
| /s/ Stephen G. Grygiel<br>Stephen G. Grygiel<br>sggrygiel@yahoo.com<br>88 East Bergen Place<br>Red Bank, NJ 07701 | /s/ Douglas P. Solomon<br>Douglas P. Solomon<br>Florida Bar No. 225800<br>DPSolomon@aol.com<br>200 S.W. 1st Avenue, Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone:   954-525-4100<br>Facsimile:   954-525-4300 |
| Counsel for Plaintiffs SIG, Inc. d/b/a<br>Visonic Systems and Secure2Ware, Inc. | Co-Counsel for Plaintiffs SIG, Inc. d/b/a Visonic Systems and Secure2Ware, Inc. |

| | |
|---|---|
| DEMAHY, LABRADOR, DRAKE, VICTOR & CABEZA | KILPATRICK, TOWNSEND & STOCKTON, LLP |
| /s/ Scott A. Markowitz<br>Scott A. Markowitz<br>Florida Bar No. 16608<br>smarkowitz@dldlawyers.com<br>6400 North Andrews Avenue, Suite 500<br>Fort Lauderdale, FL 33309 | /s/ Audra A. Dial<br>Audra A. Dial<br>adial@kilpatricktownsend.com<br>William D. Meyer, Esq.<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, GA 30309 |
| Counsel for AT&T Digital Life, Inc. and AT&T Teleholdings, Inc. | Counsel for AT&T Digital Life, Inc. and AT&T Teleholdings, Inc. |
| SIG, INC. d/b/a VISONIC SYSTEMS | SECURE2WARE, INC. |
| By: _/s/ R. R. Lovell_<br>Raymond R. Lovell, President | By: _____<br>Keith Ware, Owner |
| Dated: _11-15-13_ | Dated: _____ |

CASE NO. 0:12-cv-62080-RSR

| | |
|---|---|
| DEMAHY, LABRADOR, DRAKE, VICTOR & CABEZA | KILPATRICK, TOWNSEND & STOCKTON, LLP |
| /s/ Scott A. Markowitz<br>Scott A. Markowitz<br>Florida Bar No. 16608<br>smarkowitz@dldlawyers.com<br>6400 North Andrews Avenue, Suite 500<br>Fort Lauderdale, FL 33309 | /s/ Audra A. Dial<br>Audra A. Dial<br>adial@kilpatricktownsend.com<br>William D. Meyer, Esq.<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, GA 30309 |
| Counsel for AT&T Digital Life, Inc. and AT&T Teleholdings, Inc. | Counsel for AT&T Digital Life, Inc. and AT&T Teleholdings, Inc. |
| SIG, INC. d/b/a VISONIC SYSTEMS | SECURE2WARE, INC. |
| By: _____<br>Raymond R. Lovell, President | By: ___*Keith A Ware*___<br>Keith Ware, Owner |
| Dated: _____ | Dated: _____11-13-13_____ |